The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON at Seattle

| | |
|---|---|
| FOREMOST INSURANCE COMPANY, a Michigan Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LEE and ELIZABETH THORSON, husband and wife; KIRK THORSON; and COLLIN L. BOGLE,<br><br>　　　　　Defendants. | No. CV 07-0243<br><br>THORSON DEFENDANTS' MOTION FOR LEAVE TO TAKE PERPETUATION DEPOSITIONS<br><br>NOTED FOR 4-4-08 AT 9:00 A.M.<br><br>W/O ORAL ARGUMENT |

## I. Relief Requested

Defendants **Lee Thorson, Elizabeth Thorson,** and **Kirk Thorson**, by and through their attorneys of record, request that the Court grant leave to take the videotaped depositions of Colin Wheeler, Neil Selah, and Hank Reiser, who reside and or/work in Baltimore, Maryland, for perpetuation purposes and for presenting at trial. This motion is made on shortened time because the trial in this matter is April 21, 2008, and because Foremost's attorneys had previously indicated that they would bring these witnesses to

THORSON DEFENDANTS' MOTION FOR LEAVE
TO TAKE PERPETUATION DEPOSITIONS
(C0-07-0243 JCC) - 1

JOHNSON, GRAFFE,
KEAY, MONIZ & WICK, LLP
ATTORNEYS AT LAW
925 FOURTH AVENUE, SUITE 2300
SEATTLE, WASHINGTON 98104
PHONE (206) 223-4770

Seattle for trial (and they have now changed their minds on this), leaving a time crunch to get this Order and to take the depositions prior to trial.

## II. Factual Background

Defendants took the discovery depositions of Colin Wheeler, Hank Reiser, and Neil Selah in October, 2007, in Baltimore, Maryland. These witnesses represented the insurance company on both the coverage issues and the bad faith claims involved in this suit. These discovery depositions are not optimal to present to the jury.

Thus, on March 17, 2008, counsel requested clarification from Foremost counsel as to whether the three were coming to Seattle to testify at trial. Foremost's counsel indicated that they were and there was no need to perpetuate their depositions. (Exh.[1] A) To confirm this, counsel asked Foremost's counsel to acknowledge the agreement formally. (Exh. B) On March 27, 2008, Foremost's counsel stated that only Mr. Wheeler would be coming to Seattle. (Exh. C) Subsequent phone calls and email (to seek an agreement to take the depositions by perpetuation prior to trial) have not been returned and thus counsel has not stipulated to that procedure, requiring the present motion. The Notice of Depositions is attached hereto, for counsel's convenience should the Court approve.

## III. Statement of Issues

Does the proper presentation of witnesses at trial require perpetuating the testimony of absent, out of state witnesses before trial?

## IV. Evidence Relied Upon

Declaration of D. Jeffrey Burnham, dated March 28, 2008, and the exhibits attached thereto.

THORSON DEFENDANTS' MOTION FOR LEAVE
TO TAKE PERPETUATION DEPOSITIONS
(C0-07-0243 JCC) - 2

JOHNSON, GRAFFE,
KEAY, MONIZ & WICK, LLP
ATTORNEYS AT LAW
925 FOURTH AVENUE, SUITE 2300
SEATTLE, WASHINGTON 98104
PHONE (206) 223-4770

## V. Legal Authority

Rule 30(a)(2)(A)(ii) of the Federal Rules of Civil Procedure requires leave from the Court when seeking to take a second deposition of a witnesses. Here, good cause is shown, inasmuch as the witnesses sought to be perpetuated are out of state (Maryland) and will not be brought in as part of the plaintiff's case in chief. Thus, their testimony can only be presented by perpetuation, via video or DVD or transcript.

Request is made that these depositions take place on April 14 or sooner, so that transcripts and copies of the video or DVD can be completed prior to trial. For this reason, the motion is made on shortened time, as well, so that time for travel arrangements and for the witnesses to be present can be made.

For these reasons, this Court should grant the Defendant's Motion for Leave to Take Perpetuation Depositions. A copy of the proposed Order is provided herewith.

DATED:    March 28, 2008, at Seattle, Washington.

JOHNSON, GRAFFE,
KEAY, MONIZ & WICK, LLP

By _____
D. Jeffrey Burnham, WSBA # 22679
Rando B. Wick, WSBA # 20101
Of Johnson, Graffe, Keay, Moniz & Wick
925 Fourth Ave., Suite 2300
Seattle, WA 98104
Telephone: (206) 223-4770
Fax: (206) 386-7344
E-mail: djburnham@jgkmw.com
Attorneys for the Thorson Defendants

---

[1] "Exh." refers to the exhibits attached to the declaration of D. Jeffrey Burnham, dated March 28, 2008.

THORSON DEFENDANTS' MOTION FOR LEAVE
TO TAKE PERPETUATION DEPOSITIONS
(C0-07-0243 JCC) - 3

JOHNSON, GRAFFE,
KEAY, MONIZ & WICK, LLP
ATTORNEYS AT LAW
925 FOURTH AVENUE, SUITE 2300
SEATTLE, WASHINGTON 98104
PHONE (206) 223-4770

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Thorson Defendants' Motion for Leave to Take Perpetuation Depositions was served on all counsel of record via the Court's Electronic Filing System on March 28, 2008.

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 28th day of March, 2008, at Seattle, Washington.

_____
JeannieBeth Asuncion

THORSON DEFENDANTS' MOTION FOR LEAVE
TO TAKE PERPETUATION DEPOSITIONS
(C0-07-0243 JCC) - 4

JOHNSON, GRAFFE,
KEAY, MONIZ & WICK, LLP
ATTORNEYS AT LAW
925 FOURTH AVENUE, SUITE 2300
SEATTLE, WASHINGTON 98104
PHONE (206) 223-4770